AFFIRM; Opinion issued January 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01543-CR

### ERIC GLENN BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-00992-P

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, Murphy
Opinion by Justice Bridges

Eric Glenn Brown appeals from the adjudication of his guilt for possession of a prohibited weapon. *See* TEX. PENAL CODE ANN. § 46.05(a)(3) (West Supp. 2012). The trial court assessed punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111543F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC GLENN BROWN, Appellant

No. 05-11-01543-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 203rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-00992-P).
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 25, 2013.

DAVID L. BRIDGES
JUSTICE